PER CURIAM.
Affirmed. See and compare Barnett Bank of West Florida v. Hooper, 498 So.2d 923 (Fla.1986); Industrial Insurance Company of New Jersey v. First National Bank of Miami, 57 So.2d 23 (Fla.1952); Florida East Coast Properties, Inc. v. Tifco, Inc., 556 So.2d 750 (Fla. 3d DCA 1989); Dines v. Ultimo, 532 So.2d 1131 (Fla. 4th DCA 1988); Smith v. American Automobile Insurance Company, 498 So.2d 448 (Fla. 3d DCA 1986); Aerovías Panama S.A. v. Air Carrier Engine Service, Inc., 195 So.2d 230 (Fla. 3d DCA 1967); Richards v. Dodge, 150 So.2d 477 (Fla. 2d DCA 1963).